JUNE 5, 2000

No. 99–8119. SALDANO *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the confession of error by the Solicitor General of Texas.

No. 99M86. BROOKS *v.* CITIBANK (SOUTH DAKOTA), N. A. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M90. RILEY *v.* ARMSTRONG; and

No. 99M91. FULLER *v.* OREGON OFFICE FOR SERVICES TO CHILDREN AND FAMILIES ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $2,439 for the period January 1 through March 31, 2000, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 528 U. S. 925.]

No. 99–804. CLEVELAND *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, 529 U. S. 1017.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 99–1038. EASTERN ASSOCIATED COAL CORP. *v.* UNITED MINE WORKERS OF AMERICA, DISTRICT 17, ET AL. C. A. 4th Cir. [Certiorari granted, 529 U. S. 1017.] Motion of Institute for a Drug-Free Workplace for leave to file a brief as *amicus curiae* granted.

No. 99–8470. IN RE NAGY. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [529 U. S. 1065] denied.

No. 99–8945. BOBROWSKY *v.* TOYOTA MOTOR CORP. ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 26, 2000, within which to pay the docketing fee required